IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIANNE E. KOLARIK, ) | |
| ) | 4:06CV3085 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| RONDA RAE WINROTH, ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED that this case is assigned to District Judge David L. Piester for all dispositive matters.

DATED this 19th day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge